10 So.3d 716 (2009)
ALLSTATE INDEMNITY INSURANCE COMPANY, Petitioner,
v.
Kathleen NELSON, Respondent.
No. 2D08-4584.
District Court of Appeal of Florida, Second District.
June 24, 2009.
Charles W. Hall and Mark D. Tinker of Banker Lopez Gassier, P.A., St. Petersburg, for Petitioner.
Susan B. Morrison of Law Offices of Susan B. Morrison, P.A., Tampa; Mac A. Greco, Jr. and Mac A. Greco, III of Mac A. Greco, Jr., P.A., Tampa; Guy. W. Spicola of Law Offices of Guy W. Spicola, Tampa; and Michael S. Rywant of Rywant, Alvarez, Jones, Russo & Guyton, P.A., Tampa, for Respondent.
PER CURIAM.
Dismissed.
DAVIS and SILBERMAN, JJ., and DAKAN, STEPHEN L., Associate Senior Judge, Concur.